**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1235**

PATRICIA A. PRESCOTT,

            Plaintiff - Appellant,

    v.

PHH MORTGAGE CORPORATION; PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA; SHAPIRO, BROWN & ALT, LLP, f/k/a Shapiro & Burson; LOGS CORPORATION; GERALD SHAPIRO, Principal; JOHN BURSON, Principal; GERALD ALT, Principal; KRISTINE BROWN, Principal; SPROUSES CORNER, L.L.C.; J. CABELL METTS, III; R. ALAN ANDERSON,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.  (3:16-cv-00288-REP)

Submitted:  May 23, 2017                              Decided:  May 25, 2017

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Patricia A. Prescott, Appellant Pro Se.  J.P. McGuire Boyd, Jr., WILLIAMS MULLEN, Richmond, Virginia; John MacDonald Robb, III, LECLAIR RYAN, PC, Richmond, Virginia; Lisa Hudson Kim, SAMUEL I. WHITE, PC, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia A. Prescott appeals the district court's order dismissing her complaint. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Prescott v. PHH Mortgage Corp.*, No. 3:16-cv-00288-REP (E.D. Va., Feb. 2, 2017). In light of our decision to affirm the judgment of the district court, we deny Appellee PHH Mortgage Corporation's motion to dismiss. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*